**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00942-CV

_____

**VISION UP, LLC, Appellant**

**V.**

**TAMRI LONGABAUGH, ON BEHALF OF THE ESTATE OF MARVIN LONGABAUGH, Appellee**

___

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 13-12-22278-A**

___

## ORDER

The reporter's record in this case was due December 23, 2019. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Vicki L. Brown and Pamela May, the court reporters, to file their records in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.